**Order entered March 9, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00745-CR

**MIGUEL ANGEL CASTELLANOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82163-2017**

## ORDER

Before the Court is appellant's March 5, 2020 final motion for extension of time to file

his brief. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.


/s/     CORY L. CARLYLE
        JUSTICE